# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Derrick S. Wilkerson,                                     Civil No. 07-249 (RHK/FLN)

       Plaintiff,                                            **ORDER**

v.

Michael J. Astrue, Commissioner
of Social Security,

       Defendant.

_____

    Having reviewed de novo the December 3, 2007, Report and Recommendation of Magistrate Judge Franklin L. Noel and Plaintiff's Objections thereto, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 23) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 21) is **ADOPTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 14) is **DENIED**;

4. Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED**; and

5. The Commissioner's decision is **AFFIRMED**.

Dated: February 8, 2008

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge